1

2

3

4

5

6

7

8               **IN THE UNITED STATES DISTRICT COURT**

9             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DAVID JAMES RICE,                        No. 2:17-CV-0890-CMK

12              Plaintiff,

13       vs.                                  <u>ORDER</u>

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                Defendant.
16
     _____/
17

18              Plaintiff, who is proceeding with retained counsel, brings this action under

19   42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security.

20   Pending before the court is plaintiff's motion for leave to proceed in forma pauperis (Doc. 2).

21   The motion is incomplete.  Specifically, in response to Question No. 2, plaintiff states that he is

22   not currently employed but does not respond at all to Question No. 2(b) regarding his last

23   employment, if any.  Plaintiff will be provided an opportunity to either pay the filing fees for this

24   action or submit a <u>completed</u> application for leave to proceed in forma pauperis.  Plaintiff is

25   cautioned that failure to comply with this order may result in dismissal of the action.  <u>See</u> Local

26   Rule 110.

                                          1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is denied without prejudice;

2.      Within 15 days of the date of this order, plaintiff shall either pay the filing fees for this action or submit a completed application for leave to proceed in forma pauperis.

DATED:  July 25, 2017

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE