1  MCGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  JENNIFER A. KENNEY, CSBN 241625
   Special Assistant United States Attorney
5        160 Spear Street, Suite 800
6        San Francisco, California 94105
         Telephone: (415) 977-8945
7        Facsimile: (415) 744-0134
         E-Mail: jennifer.a.kenney@ssa.gov
8
9  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DAVID JAMES RICE, | Case No.: 2:17-cv-00890-CMK |
| Plaintiff, | STIPULATION AND ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FILE HER CROSS-MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment and file her Cross-Motion for Summary Judgment. This extension is requested because Defendant's counsel was recently assigned to this case and will be out of the office the week the briefing is currently due. The additional time requested will enable Defendant to adequately research the issues presented in this case. The current due date is June 28, 2018. The new due date will be July 28, 2018.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 27, 2018     /s/ Robert Weems
(as authorized by email)
ROBERT WEEMS
Attorney for Plaintiff

Dated: June 27, 2018     MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX,
Social Security Administration

By:    /s/ Jennifer A. Kenney
JENNIFER A. KENNEY
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated: July 11, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE